UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD C. BANK, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,                    JUDGMENT
      v.                                           23 CV 9229 (HG) (CLP)

CONSUMER TAX ADVOCATE, LLC, et al.,

                    Defendants.
-----------------------------------------------------------------X

       An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on February 25, 2025, adopting the Report and Recommendation of Magistrate Cheryl L. Pollak, dated February 5, 2025, granting Defendants' motions to dismiss, ECF No. 37 , 38; and dismissing the Amended Complaint without prejudice; it is

       ORDERED and ADJUDGED that Defendants' motions to dismiss, ECF No. 37 , 38, are granted; and that the Amended Complaint is dismissed without prejudice.

Dated:  Brooklyn, New York                              Brenna B. Mahoney
        February 26, 2025                                 Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                Deputy Clerk